ELVIRA G. BROKAW et al., as Executors of ISAAC V. BROKAW, Deceased, Respondents, *v.* LOUIS SHERRY, Appellant.

(Submitted January 18, 1915; decided January 26, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 213 N. Y. 685.)